# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRCT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| **SHAWN C. NORTHRUP** | ) | Case No. 3:12- cv-01544 |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| vs. | ) | **NOTICE OF APPEARANCE** |
| **CITY OF TOLEDO et al.,** | ) | Adam K. Loukx, Director of Law (0062158) |
| Defendants. | ) | John T. Madigan, Senior Attorney (0037834) |
| | ) | City of Toledo Department of Law One Government Center, Suite 2250 |
| | ) | Toledo, Ohio 43604 Telephone: (419)245-1020 |
| | ) | Facsimile: (419)245-1090 |
| | ) | Counsel for Defendants |

Now comes John T. Madigan of the City of Toledo Department of Law, and hereby enters his appearance as counsel for Defendants City of Toledo, Officer D. Bright, Officer Donald Comes and Sgt. Daniel Ray.

Respectfully submitted,

ADAM K. LOUKX,
DIRECTOR OF LAW

By: /s/ John T. Madigan
John T. Madigan
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Appearance was served upon Daniel T. Ellis, Lydy & Moan, Ltd. Attorney for Plaintiffs at 4930 N. Holland-Sylvania Rd., Sylvania, OH 43560-2149 by ordinary U.S. Mail this 6th day of July, 2012.

/s/ John T. Madigan
John T. Madigan