THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup                                                                 Case No. 12cv01544

        Plaintiff(s)

v.                                                                                          ORDER

City of Toledo Police Division

        Defendant(s)

Telephone conference having been held August 13, 2012, it is hereby

Ordered that

1. The case management conference scheduled for August 13, 2012 at 3:00 p.m. is vacated, and rescheduled for September 4, 2012 at 9:00 a.m.

2. Parties to file Rule 26(f) report no later than one week before the case management conference. Failure to file such report, counsel may be subject to sanctions.

So Ordered.

        s/ Jeffrey J. Helmick
        United States District Judge