# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **SHAWN C. NORTHRUP** | ) Case No. 3:12CV01544-JJH |
| Plaintiff, | ) Chief Judge Jeffrey J. Helmick |
| vs. | ) **RULE 26 DISCLOSURES OF DEFENDANTS** |
| **CITY OF TOLEDO, et al.,** | ) Adam K. Loukx, Director of Law (0062158) |
| Defendants. | ) John T. Madigan, Senior Attorney (0023614) |
| | ) City of Toledo, Department of Law |
| | ) One Government Center, Suite 2250 |
| | ) Toledo, Ohio 43604 |
| | ) Telephone: (419) 245-1020 |
| | ) Fax: (419) 245-1090 |
| | ) john.madigan@toledo.oh.gov |
| | ) Counsel for Defendants |

Pursuant to Federal Rule of Civil Procedure 26(a), Municipal Defendants make their initial disclosures as required by said rule.

    **I.**    **RULE 26(a)(1)(a) DISCLOSURES:**

    1.    All persons named in the Rule 26 disclosures filed by Plaintiff.

    2.    Officer D. Bright, Toledo Police Department, 525 North Erie St., Toledo, Oh.

    3.    Officer Donald Comes, Toledo Police Department, 525 North Erie Street, Toledo, Ohio

4. Sgt. Daniel Ray, Toledo Police Department, 525 North Erie Street, Toledo, Ohio.

5. Lt. Gerald Matwiejczyk, Toledo Police Department, 525 North Erie Street, Toledo, Ohio.

6. Officer Russell Burke, Toledo Police Department, 525 North Erie Street, Toledo, Ohio.

7. Officer Mark Mugler, Toledo Police Department, 525 N. Erie St., Toledo, Ohio.

8. Any other witnesses who may be identified as discovery progresses, including but not limited to other lay witnesses who may exist and will be disclosed as discovered, and expert witnesses to be identified in supplemental disclosures.

**II. RULE 26(a)(1)(B) DISCLOSURES:**

1. A recorded 9-1-1 telephone call available on compact disc.

2. Other documents available for copying at the City of Toledo Law Dept.

3. Toledo Police Department, Crime Report No. 034128-10

4. Toledo Municipal Court Case File No. CRB-10-10097-0101.

**III. RULE 26(a)(1)(C) DISCLOSURES:**

Not applicable.

**IV. RULE 26 (a)(1)(D) DISCLOSURES:**

Not applicable.

**V. Defendants reserve the right to supplement these disclosures as discovery progresses.**

                Respectfully submitted
                ADAM W. LOUKX, LAW DIRECTOR
                /s/ John T. Madigan
                John T. Madigan, Senior Attorney
                City of Toledo, Department of Law
                One Government Center, Suite 2250
                Toledo, OH 43604
                Telephone: 419-245-1020
                john.madigan@toledo.oh.gov.
                Facsimile: 419-245-1090
                Counsel for Defendants

## **CERTIFICATION**

I hereby certify that the foregoing Rule 26 Disclosures of Defendants was filed electronically on August 20, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ John T. Madigan
                John T. Madigan, Senior Attorney

JTM/tr/Northrup/Pleadings/Rule26disclosures