IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn C. Northrup

Case No.   3:12-CV-1544

Plaintiff,

REPORT OF PARTIES'
PLANNING MEETING
JUDGE: Jeffrey J. Helmick

-vs-

City of Toledo, et al.

Defendant.

1.      Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

, and was attended by:

Daniel T. Ellis          Counsel for Plaintiff(s)

John T. Madigan          Counsel for Defendant(s)

2.      The parties:

__XX__  Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's prior

order; or

_____  Will exchange such disclosures by

3.      The parties recommend the following track:

_____ Expedited     _____ Standard     __XX__ Complex

_____ Administrative     _____ Mass Tort

4.      This case __XX__ is / _____ is not suitable for one or more of the following Alternative

Dispute Resolution ("ADR") mechanisms:

_____ Early Neutral Evaluation   __XX__ Mediation     _____ Arbitration

_____ Summary Jury Trial          _____ Summary Bench Trial

5.      The parties _____do/__XX__do not consent to the jurisdiction of the United States

Magistrate Judge pursuant to 28 U.S.C. 636(c).

If you are consenting to the jurisdiction of the United States Magistrate Judge, please contact the

Judge's Chambers (419-213-5690) prior to the Case Management Conference.  A Consent to the Exercise of

Jurisdiction will then be issued for signature by all parties and the case will be sent to the Magistrate Judge for

the Case Management Conference and all further proceedings.

6.      The parties agree that this case _____ does / _XX__ does not involve electronic discovery.

7.      Recommended Discovery Plan (Counsel are reminded to review the default standard for e-

discovery set forth in Appendix K to the Local Rules):

(a)      Describe the subjects on which discovery is to be sought, the nature and extent of

discovery and any potential problems:  _Policies and Procedures of Toledo Police

Dept.; Name and Addresses of Witnesses; Training Materials of TPD;

Dash Cams; 911 Audio; Statements made by defendants; Employment Records;
tape recordings

(b)      Describe anticipated e-discovery issues (i.e., what ESI is available and where it

resides; ease/difficulty and cost of producing information; schedule and format of production; preservation

of information; agreements about privilege or work-production protection, etc.):

_____

_____

_____

(c)      Describe handling of expert discovery (i.e., timetable for disclosure of names and

exchange of reports, depositions):  _Disclosure of Experts, March 1, 2013 Plaintiff

_April 1, 2013 Defendants; Depositions before July 31, 2013_

_____

(d)      Discovery Deadlines:

(i)      Liability:      _May 1, 2013_____

(ii)      Damages:      _May 1, 2013_____

8.      Recommended dispositive motion date:  _June 30, 2013_

2

9.      Recommended cut-off for amending the pleadings and/or adding additional parties:

January 30, 2013

10.     Recommended date for status hearing and/or final pretrial settlement conference:

January 1, 2013 (Status Hearing)

11.     Other matters for the attention of the Court:      _____

_____

_____

Daniel T. Ellis       Attorney for Plaintiff(s):      s/ Daniel T. Ellis

John T. Madigan       Attorney for Defendant(s):      s/ John T. Madigan

3