IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup

                        Plaintiff,          Case No. 12cv1544

-vs-

                                              <u>CASE MANAGEMENT
CONFERENCE ORDER</u>

City of Toledo Police Division et al

                        Defendant.

1. The case management conference was conducted on September 4, 2012.

2. After consultation with the parties and counsel, the Court determined that this case will proceed on the complex track.

3. Deadline for amending pleadings and adding parties: January 30, 2013.

4. Discovery:

    a. Rule 26(a) disclosures:

    b. Fact Discovery:

        i. Expert discovery: May 1, 2013 (liability and damages)

        ii. Plaintiff's disclosure report(s): March 1, 2013

        iii. Defendant's disclosure report(s): April 1, 2013

        iv. Expert depositions: July 31, 2013

   c. Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection.

5. Telephone status hearing (Court will initiate the call):  May 20, 2013 at 1:30 p.m.

6. Discovery disputes:

   a. No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes, and, if unable to do so, have contacted the court with a request for judicial resolution.  Counsel may notify the court of a request to resolve a discovery dispute by telephone, e-mail, fax or other informal means.

7. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

8. Dispositive motions:

   a. Motion(s) to be filed by August 30, 2013.

   b. Opposition to be filed by September 30, 2013.

   c. Reply to be filed by October 10, 2013.

   d. All documents must be filed as PDF documents in text searchable format.  All exhibits must be specifically identified.  Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

9. Initial settlement conference or mediation:

      a.      Mediation to be held by United States Magistrate Judge Armstrong, to be completed by November 30, 2012.

10.      Date of final pretrial/settlement conference: December 9, 2013 at 1:30 p.m. with counsel and clients, or persons with settlement authority, present.

      a.      Ex parte narrative statements to be received by fax at (419) 213-5696 or via email at (helmick_chambers@ohnd.uscourts.gov) not later than close of business on (or) 1 week prior to said conference.

11.      Voir dire to begin on January 14, 2014 at 9:00 a.m.

12.      Jury trial to commence immediately thereafter.

IT IS SO ORDERED.

 s/ Jeffrey J. Helmick  
United States District Judge