IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                    :        Case No. 3:12cv1544

                Plaintiff,                    :

                v.                           :

City of Toledo Police Division, et al.,            :        **O R D E R**

               Defendant(s).                 :

The undersigned will conduct a settlement  conference on **Friday, November 16,  2012 at 10:00 a.m.  in Room 222, 1716 Spielbusch Avenue, Toledo, Ohio.**

Counsel and principal parties or representatives with full settlement authority shall attend the both conferences **in person.**  *Ex parte* narrative statements re. settlement are to be sent to Carol_J_Bethel@ohnd.uscourts.gov   **NO  LATER  THAN  ONE  WEEK  PRIOR  TO  THE SETTLEMENT CONFERENCE** or by **November 9,  2012.**  Counsel to notify clients. **Prior to the conference, Plaintiff shall have made a demand of the defendant, and defendant shall be prepared to respond at or before the settlement conference.**

IT IS SO ORDERED.

                                   /s/ Vernelis K. Armstrong    10/4/2012
                                United States Magistrate Judge