UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                                    Case No. 3:12-cv-01544

        Plaintiff

v.                                                           ORDER

City of Toledo Police Division, et al.,

        Defendants

On May 20, 2013, I held a telephone status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that a subsequent telephone status conference shall be held on July 22, 2013 at 1:30 p.m.

So Ordered.

                                                                     s/ Jeffrey J. Helmick
                                                                     United States District Judge