UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                          Case No. 3:12-cv-01544

    Plaintiff

v.                                                                      ORDER

City of Toledo Police Division, et al.,

    Defendants

On July 12, 2013, I held a telephone status conference with counsel for the parties. Court reporter Angela Nixon was present. Pursuant to discussions held during that conference, it is hereby

Ordered that:

1) Defendants shall produce responses to Plaintiffs' discovery requests no later than July 31, 2013;

2) The May 1, 2013 discovery deadline is retroactively vacated, and is reset for September 30, 2013;

3) The telephone status conference scheduled for July 22, 2013 at 1:30 p.m. is vacated;

4) A follow-up telephone status conference will be held on August 20, 2013 at 9:30 a.m.;

5) The dispositive motion deadline of August 30, 2013, and the corresponding briefing schedule, is vacated and will be reset during or after the August 20, 2013 telephone status conference.

So Ordered.

                                            s/ Jeffrey J. Helmick
                                            United States District Judge