UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                        Case No. 3:12-cv-01544

         Plaintiff

v.                                                         ORDER

City of Toledo Police Division, et al.,

         Defendants

On August 20, 2013, I held a telephone status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that:

1) A follow-up telephone status conference will be held on September 30, 2013 at 10:00a.m.;

2) The dispositive motion deadline and corresponding briefing schedule will be reset during or after the September 30, 2013 telephone status conference.

So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                            United States District Judge