UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                                    Case No. 3:12-cv-01544

    Plaintiff

v.                                                                           ORDER

City of Toledo Police Division, et al.,

    Defendants

On October 1, 2013, I held a telephone status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that:

(1) Counsel shall proceed with discovery in the manner and with the timing agreed upon during the conference;

(2) Counsel shall attend a follow-up telephone status conference on November 7, 2013, at 10:30a.m.  My chambers will initiate the call.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge