UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,   Case No. 3:12-cv-01544

    Plaintiff

v.   ORDER

City of Toledo Police Division, et al.,

    Defendants

On November 7, 2013, I held a telephone status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that:

(1) Dispositive motions shall be filed no later than January 15, 2014. Briefs in opposition shall be filed no later than February 12, 2014. Briefs in reply, if any, shall be filed no later than February 24, 2014.

(2) The dates for the final pretrial conference and trial are vacated and held in abeyance pending a ruling on summary judgment motions.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge