IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Shawn C. Northrup | ) | Case No. 3:12-cv-01544-JJH |
| | ) | |
| Plaintiff | ) | Judge Jeffrey J. Helmick |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | |
| City of Toledo, et al. | ) | Adam Loukx, Director of Law |
| | ) | (0062158)) |
| Defendants. | ) | John T. Madigan, Senior Attorney |
| | ) | (0023614) |
| | ) | City of Toledo, Department of Law |
| | ) | One Government Center, Suite 2250 |
| | ) | Toledo, Ohio 43604-2293 |
| | ) | Telephone: (419) 245-1020 |
| | ) | Fax: (419) 245-1090 |
| | ) | |
| | ) | Counsel for Defendants |
| | ) | |

Now comes the Defendants, and move for an extension of time within which to file a motion for summary judgment until January 29, 2014. Defendants make this motion based upon the need for a further deposition and due to the fact that recent weather events have reduced the time available to counsel to prepare a dispositive motion.

**WHEREFORE**, Defendant moves for an extension of time until January 29, 2014 to file a motion for summary judgment.

### MEMORANDUM

The Court has set January 15, 2014 as the cut off date for the filing of dispositive motions in this case. No trial date has been set. Recently, the Defendant was able to contact a witness in this case, Allen Rose, who had previously avoided efforts to discuss this case with counsel.

Plaintiff's attorney has expressed a desire to depose Mr. Rose but this cannot be scheduled before the January 15th cut off date.

The defense has been working to meet the agreed upon schedules. A deposition of Mr. Northrup was taken on January 9th and counsel is waiting for a transcript of that deposition to be completed. The recent two day closure of all City of Toledo offices due to inclement weather has also delayed the completion of a dispositive motion in this case as well as other matters. For these reasons, and not for purposes of delay, the Defendants request that the Court extend the time within which to file a motion for summary judgment until January 29, 2014.

Respectfully submitted,

ADAM W. LOUKX, DIRECTOR OF LAW

/s/   John T. Madigan
John T. Madigan, Senior Attorney
Counsel for Defendant

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion for extension of time was sent by regular U.S. mail and electronically to Daniel T. Ellis, Esq., attorney for Plaintiff at: LYDY & MOAN, LTD. 4930 N. Holland-Sylvania Rd, Sylvania, Ohio 43560 this 14th day of January, 2014.

/s/   John T. Madigan
John T. Madigan, Senior Attorney