IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Shawn C. Northrup,** | Case No. 3:12-cv-01544-JJH |
| Plaintiff, | Judge Jeffrey J. Helmick |
| vs. | **NOTICE OF FILING OF DEPOSITIONS** |
| **City of Toledo,** *et al.,* | Adam Loukx, Director of Law (0062158)) |
| Defendants. | John T. Madigan, Senior Attorney (0023614) |
| | City of Toledo, Department of Law |
| | One Government Center, Suite 2250 |
| | Toledo, Ohio 43604-2293 |
| | Telephone: (419) 245-1020 |
| | Fax: (419) 245-1090 |
| | Counsel for Defendants |

Now comes the Defendants, and give notice of the filing of the depositions of Officer David Bright, Officer Donald Comes, Sergeant Daniel Ray and Shawn Northrup.

Respectfully submitted,

ADAM W. LOUKX, DIRECTOR OF LAW

/s/ John T. Madigan
John T. Madigan, Senior Attorney
Counsel for Defendants

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing notice of filing of depositions were filed electronically and sent by operation of the court's electronic filing system to Daniel T. Ellis, Esq., attorney for Plaintiff at: LYDY & MOAN, LTD. 4930 N. Holland-Sylvania Rd, Sylvania, Ohio 43560 this 29th day of January, 2014.

/s/ John T. Madigan
John T. Madigan, Senior Attorney