Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWN NORTHRUP, | ) | Case No.: 3:12-CV-01544-JHH |
| | ) | |
| Plaintiff, | ) | Judge: Jeffrey J. Helmick |
| | ) | |
| v. | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO RESPOND TO** |
| CITY OF TOLEDO, et al, | ) | **DEFENDANTS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | LYDY & MOAN, LTD. |
| | ) | |
| | ) | Daniel T. Ellis (0038555) |
| | ) | 4930 N. Holland-Sylvania Road |
| | ) | Sylvania, OH 43560-2149 |
| | ) | Telephone: (419) 882-7100 |
| | ) | Facsimile: (419) 882-7201 |
| | ) | E-mail: dellis@lydymoan.com |
| | ) | |
| | ) | |
| | ) | Counsel for Plaintiff |
| | ) | |
| | ) | |
| | ) | |

Plaintiff, Shawn Northrup ("Northrup" or "Plaintiff"), moves the Court to grant this motion for extension of time to respond to Defendants' Motion for Summary Judgment until

April 2, 2014.  Plaintiff makes this motion based upon the additional time is needed to fully address all the issues.  A memorandum is attached and incorporated by reference.

**WHEREFORE**, Plaintiff moves this Court to enter an Order for an extension of time to April 2, 2014 to respond to Defendants' Motion for Summary Judgment.

Respectfully submitted,

*/s/ Daniel T. Ellis*
Daniel T. Ellis (0038555)
Lydy & Moan, Ltd.
The Pacesetter Building
4930 Holland-Sylvania Road
Sylvania, OH 43560-2149
Telephone: (419) 882-7100
E-mail: dellis@lydymoan.com

Attorney for Plaintiff
Shawn Northrup

**MEMORANDUM**

Defendants' filed a Motion for Summary Judgment on January 29, 2014. The Court had set February 28, 2014 as the deadline for the filing of Plaintiff's response to Defendant's motion for summary judgment but plaintiff obtained a first extension until March 20, 2014 and a second extension due to the hospitalization of a family member until March 27, 2014 and Plaintiff sought 3rd extention due to a flood in his basement due to a sump pump failure.  Upon attempting to complete the response, plaintiff realized that he was over the page limitation and needs an additional two days to meet the requirements of the court.  Granting this request would extend the Plaintiff's time to respond by two days and is not interposed for delay.

2

For these reasons, and not for the purpose of delay, the Plaintiff requests that the Court extend the time within which to file a response to Defendants' Motion for Summary Judgment until April 2, 2014.

                                      Respectfully submitted,

                                      */s/ Daniel T. Ellis*
                                      Daniel T. Ellis (0038555)

                                      Lydy & Moan, Ltd.
                                      The Pacesetter Building
                                      4930 Holland-Sylvania Road
                                      Sylvania, OH 43560-2149
                                      Telephone: (419) 882-7100
                                      E-mail: dellis@lydymoan.com

                                      Attorney for Plaintiff
                                      Shawn Northrup

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system, this 31[th] day of March, 2014:

John Madigan, Senior Attorney
(0023614)
City of Toledo, Department of Law
One Government Center, Suite 2250
Toledo, OH 43604-2293

Counsel for Defendants

                                      */s/ Daniel T. Ellis*
                                      Daniel T. Ellis (0038555)