Vallie Bowman-English

Clerk of Court

Toledo Municipal Court
555 North Erie Street
Toledo, OH 43624

(419) 936-3650
www.tmc-clerk.com
clerk@tmc-clerk.com

## Case Number: CRB-10-10097-0101

| Case Number | Defendant | Date of Birth | Charge |
|---|---|---|---|
| CRB-10-10097-0101 | NORTHRUP, SHAWN C | 08/21/1968 | FAIL TO DISCLOSE INFORMATION;PERSON IN PUBLIC PLACE REFUSE AN OFFICER'S REQUEST FOR PERSON INFO |

## Journal Details

| Date | Activity Record |
|---|---|
| 06/16/2010 | Affidavit Filed 06/16/2010 21:19. Defendant issued a summons and ordered to appear for arraignment on 06/25/2010 13:00 in court room 4. Clerk entry<br>View Scanned Document |
| 06/25/2010 | Defendant enters plea of not guilty. To Assignment commissioner for date. MAGISTRATE SMITH |
| 06/25/2010 | Bond continued. MAGISTRATE SMITH |
| 06/25/2010 | I hereby voluntarily and expressly waive my constitutional right to a speedy trial and to have this case tried within the time prescribed in ORC 2945.71. On 06/25/2010 Signature of Defendant's Attorney on case. Clerk entry |
| 06/25/2010 | Case assigned to JUDGE GORMAN. Clerk entry |
| 06/25/2010 | Case set for PROSECUTOR PRETRIAL on 09/08/2010 08:30 in courtroom 6. Clerk entry |
| 06/25/2010 | Written motion filed by Attorney for ENTRY OF APPEARANCE ON BEHALF OF SHAWN NORTHRUP, PLEA OF NOT GUILTY, MOTION FOR PROSECUTOR PRETRIAL AND REQUEST FOR DISCOVERY. Clerk entry<br>View Scanned Document |
| 06/25/2010 | Written motion filed by Attorney for DISCOVERY PURSUANT TO CRIMINAL RULE 16. Clerk entry<br>View Scanned Document |
| 06/25/2010 | Written motion filed by Attorney for JURY DEMAND. Clerk entry<br>View Scanned Document |
| 06/30/2010 | Attorney ELLIS, DANIEL TIMOTHY enters notice of appearance. JUDGE GORMAN |
| 06/30/2010 | Case reset. To Assignment Office to schedule. JUDGE GORMAN |
| 07/07/2010 | Written motion filed by Prosecutor for DISCOVERY. Clerk entry<br>View Scanned Document |
| 07/08/2010 | Response to Attorney's motion for DISCOVERY was filed by Prosecutor on 07/08/2010. Clerk entry<br>View Scanned Document |
| 07/09/2010 | JUDGE GORMAN |
| 07/09/2010 | Case set for PROSECUTOR PRETRIAL on 09/08/2010 08:30 in courtroom 6 to stand. JUDGE GORMAN |
| 07/27/2010 | Response to Prosecutor's motion for DISCOVERY PURSUANT TO RULE 16 OF THE O.R.C. PROCEDURE was filed by Attorney on 07/27/2010. Clerk entry<br>View Scanned Document |
| 09/08/2010 | Defendant present with attorney DANIEL ELLIS, #0038555. JUDGE GORMAN |
| 09/08/2010 | Case reset. To Assignment Office to schedule. Officer to be present. JUDGE GORMAN |
| 09/08/2010 | Case set for TRIAL on 10/13/2010 08:30 in courtroom 6. Clerk entry |
| 09/08/2010 | Complainant officer notice sent to desk sergeant on 09/08/2010. Clerk entry |
| 10/13/2010 | Defendant present with attorney DANIEL ELLIS, #0038555. JUDGE GORMAN |
| 10/13/2010 | Off Docket. JUDGE GORMAN |

**Plaintiff's Exhibit A - Court Docket** 000001

**Amount Defendant Owes**

$0