# CRIME REPORT
**POLICE DEPARTMENT**
**TOLEDO, OHIO** Form 38.1(e) Rev. 3/97

| Field | Value |
|---|---|
| UCR Code | |
| 1. VICTIM Last, First, Middle (Firm Name If Business) | State Of Ohio |
| 2. Report No. | 034128-10 |
| 3. Crime (List Additional in Narrative) | FAILURE TO DISCLOSE PERSONAL INFORMATION |
| 4. Location of Occurrence | 702 Hayes |
| 5. R.A. | |
| 6. HATE/BIAS ☐ — If Hate/Bias Give Type | |
| 7. Type of Premises or Business Where Offense Was Committed | Street |
| JUVENILE ☐ | |
| 8. Victim Injured | |
| GANG RELATED ☐ | Treatment |
| 9. Date and Time Occurred | 6-16-10 1730 |
| 10. Date and Time Reported | 6-16-10 1730 |
| BAR ☐ | |
| 11. Reporting Person's Name (Last, First, Middle) | Listed Officer |
| 12. Victim's Race / Sex / Age / D.O.B / Social Security Number | |
| OFFICER ASSAULTED ☐ | |
| 13. Reporting Person's Residence Address | |
| 14. Res. Phone | |
| 15. Victim's Residence Address / City / Zip / 16. Res. Phone | |
| CRIME ANALYSIS ☐ | |
| 17. Reporting Person's Business Address | |
| 18. Bus. Phone | |
| 19. Victim's Business Address / City / Zip / 20. Bus. Phone | |

**21. WITNESSES**

| | Name (Last, First, Middle) | Age | Residence Address | Zip Code | Res. Phone | Bus. Phone |
|---|---|---|---|---|---|---|
| No. 1 | | | | | | |
| No. 2 | | | | | | |

**22. VEHICLE**

| Color | Year | Make | Model | Style | License No. (State, Year) | V.I.N. |
|---|---|---|---|---|---|---|
| | | | | | | |

Registered Owner's Name | Registered Owner's Address | HOLDER | TOWED BY:

**23. SUSPECT NO. 1**

| Name (Last, First, Middle) | 24. Race | 25. Sex | 26. Age | 27. D.O.B | 28. Hgt. | 29. Weight | 30. Hair | 31. Eyes |
|---|---|---|---|---|---|---|---|---|
| Northrup, Shawn C. | W | M | 41 | 8-21-68 | 6-2 | 240 | BRO | BRO |

| 32. Address (Apt. No.) | Zip Code | Phone | 33. Date and Time of Arrest | 34. F.C.O./Summons Crt. Date |
|---|---|---|---|---|
| 111 Dulton Toledo | 43615 | | 6-16-10 1730 | 6-25-10 1300 |

35. Relation to Victim
37. Arrest: warrant/attachment / T.P.O. / on view
38. Arrest Number: APC 40266
39. Clothing and Other Identifiers (Scars, Marks, Tattoos)
40. Weapon(s)

**2. Records Use Only:** 034128-10

**SUSPECT NO. 2**

| Name (Last, First, Middle) | 24 Race | 25 Sex | 26. Age | 27. D.O.B | 28 Hgt. | 29.Wgt | 30.Hair | 31.Eyes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

32. Address (Apt.) | Zip Code | Phone | 33. Date and Time of Arrest | 34. F.C.O./Summons Crt.Date

35. Relation to Victim
36. Social Security #
37. Arrest: warrant/attachment / T.P.O. / on view
38. Arrest Number
39. Clothing and Other Identifiers (Scars, Marks, Tattoos)
40. Weapon(s)

*9100 27 NNr 8392*

**41. PREMISES TYPE**
1. ☐ Single Family
2. ☐ Apt/Duplex
3. ☐ Hotel/Motel
4. ☐ School
5. ☐ Church
6. ☐ Bar/Restaurant
7. ☐ Bank
8. ☐ Hospital/Medical
9. ☐ Office Bldg
10. ☐ Manufacturer
11. ☐ Shopping Mall
12. ☐ Chain Store
13. ☐ Small Business
14. ☐ Gas/convenience Store
15. ☐ Parking Lot/Garage
16. ☐ Park/Playground
17. ☒ Highway/Street
18. ☐ Field/Woods
19. ☐ Other

**42. POINT OF ENTRY**
1. ☐ Door
2. ☐ Window
3. ☐ Garage Door
4. ☐ Adjacent Premise
5. ☐ Wall
6. ☐ Upper Floor
7. ☐ Other

**43. LOCATION**
1. ☐ Front
2. ☐ Rear
3. ☐ Side
4. ☐ Roof
5. ☐ Other

**44. METHOD USED**
1. ☐ Open/Unlocked
2. ☐ Body/Force
3. ☐ Pry/Cutting
4. ☐ Break Glass
5. ☐ Other Method
6. ☐ Unknown

**45. PROPERTY**

| QTY. | S R D | PROPERTY DESCRIPTION | MODEL | SERIAL OR OAN# | VALUE |
|---|---|---|---|---|---|
| | S☐R☐D☐ | | | | |
| | S☐R☐D☐ | | | | |
| | S☐R☐D☐ | | | | |
| | S☐R☐D☐ | | | | |
| | | | | TOTAL | $0.00 |

46. WHO NOTIFIED/AT SCENE: 805, 201, 212, 281
47. Report Made By: Bright, D. #2346 | Officer(s) Names(s) I.D. # Unit No./Section: 821C/2-5 | 48. Officer Assigned to Case | 49. Supervisor's Approval

50. DISPOSITION: A☐Death of Offender B☐Prosecution Declined C☐Extradition Denied D☐Victim Refuses to Cooperate E☐Juvenile/No Custody F☐Cleared by Arrest - Adult G☐Cleared by Arrest - Juvenile H☐Warrant Issued I☐Investigation Pending J☐Inactive K☐Unfounded L☐Adjusted U☐Unknown

| 3. Crime | 1. Victim (Last, First, Middle) | 4. Location of Occurrence | 2. Report No. |
|---|---|---|---|
| FAILURE TO DISCLOSE PERSONAL INFORMATION | State Of Ohio | 702 Hayes | 034128-10 |

**51. EVIDENCE:** (Where Found, By Whom, Disposition)

**52. NARRATIVE ITEM**

**DETAILS:** (Address the categories listed below, where applicable, in the order they appear)
(1) List additional victims/crimes
(2) List additional witnesses
(3) List additional suspects, descriptions, charges.
(4) If juvenile involved as victim or suspect, list parent's (last, first, middle), phone number, school attended, and whether notified.
(5) Indicate time and location where victims and witnesses may be contacted for later follow-up.
(6) Itemize additional property taken: give name, brand, model, serial no., caliber of guns, identifying marks and value of each item.
(7) List additional physical evidence, where found, by whom, disposition and identifying marks.
(8) Provide additional description on vehicle (unusual paint, body, marks or damage). Describe additional vehicles.
(9) If vehicle stolen, give Title number and value. Car unlocked, keys in ignition? List name of insurance and/or finance company.
(10) If offense was hate/bias oriented, explain circumstances.
(11) Reconstruct the incident - include all necessary elements of the crime.

| 11 | On the date and time listed, the pro called 911 for a white male walking his dog through the neighborhood with a gun on his hip in the open and wanted it checked out. The pro gave the description of a white male wearing a white t-shrit, tan shorts, with a brown pony tail. Upon arrival this officer spotted a male walking down Hayes that matched the description given. As this officer drove up, closer to the suspect, this officer did observe the listed suspect wearing a black semi-automatic handgun on his hip in the open, holstered. This officer proceeded to stop the suspect to conduct an investigation as to weather the suspect was leagally carrying the weapon or violating the Weapons Under Disability Act. During the stop, this officer first asked the suspect to hand over the dog leash to his wife, which he did immediately. The suspect was then told to raise his hands away from his weapon, due to this officer not knowing the suspect along with not knowing what his intentions were with the weapon. The suspect refused to raise his hands away from the weapon, instead he grabbed his cell phone and started to fumble around with it near the weapon. This officer had to repeat his command to the suspect to hand over the cell phone to his wife and raise his hands several more times. Once the suspect raised his hands, the suspect was told to turn around away from this officer. Once again the suspect first refused to turn around and asked what this was all this about. The suspect was told he would be informed as to the nature of the stop once this officer had secured the suspect's weapon off his hip for the safety of the suspect and this officer's safety. The suspect finally turned around and the weapon was secured by this officer. After being told the nature of the stop, the suspect stated he was legally carrying his weapon and then was asked for his identification. The suspect refused to hand over his I.D. after being asked to see it several times. The suspect finally handed over his I.D. and refused to answer anymore questions. The suspect continued to show aggressive behavior and was still very confrontational toward this |

To insert additional pages, select "Insert" on Menu Bar, then "File". Click on 'GO 38_1 Page 2'.

Plaintiff's Exhibit B - Police Report                    000002

| 3. Crime | 1. Victim (Last, First, Middle) | 4. Location of Occurrence | 2. Report No. |
|---|---|---|---|
| FAILURE TO DISCLOSE PERSONAL INFORMATION | State Of Ohio | 702 Hayes | 034128-10 |

**51. EVIDENCE: (Where Found, By Whom, Disposition)**

**52. NARRATIVE ITEM**

**DETAILS:** (Address the categories listed below, where applicable, in the order they appear)
(1) List additional victims/crimes  (2) List additional witnesses  (3) List additional suspects, descriptions, charges.
(4) If juvenile involved as victim or suspect, list parent's (last, first, middle), phone number, school attended, and whether notified.
(5) Indicate time and location where victims and witnesses may be contacted for later follow-up.
(6) Itemize additional property taken: give name, brand, model, serial no., caliber of guns, identifying marks and value of each item.
(7) List additional physical evidence, where found, by whom, disposition and identifying marks.
(8) Provide additional description on vehicle (unusual paint, body, marks or damage). Describe additional vehicles.
(9) If vehicle stolen, give Title number and value. Car unlocked, keys in ignition? List name of insurance and/or finance company.
(10) If offense was hate/bias oriented, explain circumstances.
(11) Reconstruct the incident - include all necessary elements of the crime.

| 11 | officer; and was wearing a T-shirt stating "This is the shirt I wear when I don't give a shit" and within arms reach of this officer. Due to past experiences, all these actions and manner of dress caused this officer to be concerned for his personal safety, who was still alone because back-up crews had not arrived on scene. So the suspect was put in cuffs and place into the patrol vehicle for the officer's safety to be able to continue the investigation. It was determined that the suspect was legally able to carry a weapon. The suspect was issued an A.P.C. for failing to hand over his I.D. when it was requested. The suspect was released from the scene with his weapon. |
|---|---|

To insert additional pages, select "Insert" on Menu Bar, then "File". Click on 'GO 38_1 Page 2'.

Plaintiff's Exhibit B - Police Report          000003

# TOLEDO POLICE DEPARTMENT
## SUPPLEMENTAL CRIME REPORT

TPD 38.3 — Rev. 4/95(e)

| 3 APPROVED DISPOSITION | |
|---|---|
| ☐ Unfounded | ☐ Cleared - No Arrest |
| ☐ Cleared by Arrest | ☐ Adjusted |
| ☐ Investigation Continues | ☐ Inactive Case |

**1 VICTIM Person Reporting Offense:** State Of Ohio
**2 Records Section No.:** 034128-10

**4 Location of Occurrence:** 702 Hayes

**5 Type of Premises or Name of Business Where Offense Was Committed:** street

**6 Victim's Race, Sex, Age, D.O.B.:**

**7 Date & Time of this Report:** 6-16-10  2000

**8 Date & Time Occurred:** 6-16-10  1730
**9 Date & Time Reported:** 6-16-10  1730
**10 Address of Victim/Person Reporting:**
**11 Phone:**

**12 Form Used As:**
- CONTINUATION SHEET ☐ FOR CURRENT REPORT
- SUPPLEMENTAL ☒ INFORMATION
- FOLLOW-UP ☐ INVESTIGATION
- R.R.E. ☐ DISPOSITION

**13 Further Police Action Req'd:** ☐ YES ☐ NO

**14 Type of Report Continued:** ☒ CRIME ☐ JUVENILE ☐ FOLLOW-UP
**15 Offense Reported as:** ☐ TMC ☐ ORC
**16 Change to:** ☐ TMC ☐ ORC

**17 (To Be Completed By Officer Preparing Felony Package)**

| IDENTIFICATION | STATEMENT | SEARCH |
|---|---|---|
| ☐ On View | ☐ None | ☐ Incident to Arrest |
| ☐ One on One | ☐ Oral | ☐ Waiver of Search |
| ☐ Line Up | ☐ Taped  ☐ Written | ☐ Search Warrant |
| ☐ Photo | ☐ Waiver of Rights | |

Arrest Date: __ Prelim. Date: __
Criminal History: ☐ YES ☐ NO
Pintout Enclosed: ☐ YES ☐ NO
Investigator(s): __
P R Number __ Duty Hrs. __ Phone: __

**18**

The original caller for this incident is Allen Rose 21 Rochelle Toledo Oh 43625  567-742-7934

| 19 Officer Reporting - I.D. No. | 20 Typed by: Date/Time | 21 Supervisor's Approval | Date | Time |
|---|---|---|---|---|
| david richard bright | drb  6-16-10  2000 | | | |

Plaintiff's Exhibit B - Police Report    000004

CASE NO. _____
RID NO. _____ REC. NO. 034128-10
☐ STATE OF OHIO ☒ CITY OF TOLEDO
Name: Shawn C. Northup
Street: _____ Dr
City, State, Zip: Toledo OH 43615

| SEX | HEIGHT | WEIGHT | HAIR | EYES | RACE | OTHER |
|---|---|---|---|---|---|---|
| M | 6-1 | 240 | BRO | BRO | W | |

D.O.B. 8-1-66
S.S.N. XXX-XX-____
ALIAS
PHONE
PLACE OF EMPLOYMENT

| DATE | MONTH | YEAR | TIME |
|---|---|---|---|
| 10 | June | 2010 | 1230 |

DESCRIPTION OF OFFENSE: Failure to Disclose Personal Information

LOCATION OF VIOLATION: 701 Gates
In Violation Of: ☒ ORC ☐ TMC # 2921.29(A)(1)
CIRCLE ONE → MISD 1 2 3 ④ M

IT IS IMPORTANT THAT THE VIOLATOR READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

☒ ■ Summons in lieu of arrest without warrant and complaint on such summons. Rule 4(A)3 READ NOTICE #1
☐ ● Summons after arrest without warrant and complaint on such summons. Rule 4(F) Read Notice #1
☐ ★ Minor misdemeanor citation, Rule 4.1 READ NOTICE #2

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE STATED BELOW A WARRANT MAY BE ISSUED FOR YOUR ARREST

SUMMONS

You are ordered to appear at 1:20 P.M. on the 25 day of June 20 10 in the Toledo Municipal Court, 555 N. Erie St., Toledo, Ohio.

x Shawn Northup
SIGNATURE OF DEFENDANT

This complaint with summons was served personally on the defendant on June 10 20 10

_____
SIGNATURE OF ISSUING OFFICER
Officer's Name (print) _____ I.D. No. 2346

RECORDS SECTION COPY
40266