IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWN NORTHRUP, | ) | Case No.:  3:12-CV-01544-JHH |
| | ) | |
| Plaintiff, | ) | Judge:  Jeffrey J. Helmick |
| | ) | |
| v. | ) | **NOTICE OF FILING EXHIBITS** |
| | ) | **IN SUPPORT OF SHAWN** |
| CITY OF TOLEDO, et al, | ) | **NORTHRUP'S OPPOSITION TO** |
| | ) | **DEFENDANTS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendants. | ) | |
| | ) | |
| | ) | LYDY & MOAN, LTD. |
| | ) | |
| | ) | Daniel T. Ellis (0038555) |
| | ) | 4930 N. Holland-Sylvania Road |
| | ) | Sylvania, OH  43560-2149 |
| | ) | Telephone:  (419) 882-7100 |
| | ) | Facsimile:    (419) 882-7201 |
| | ) | E-mail: dellis@lydymoan.com |
| | ) | |
| | ) | |
| | ) | Counsel for Plaintiff |
| | ) | |
| | ) | |

Plaintiff, Shawn Northrup ("Northrup" or "Plaintiff"), gives notice the following Exhibits will be filed manually in support of his opposition to defendants' motion for summary judgment on a compact disk:

1. Exhibit D Audio recording of Alan Rose call to 911 operator;

2. Exhibit E Audio recording of Toledo Dispatch to officers; and

3. Exhibit F Shawn Northrup's audio recording receiving citation

                Respectfully submitted,

                */s/ Daniel T. Ellis*
                Daniel T. Ellis (0038555)
                Lydy & Moan, Ltd.
                The Pacesetter Building
                4930 Holland-Sylvania Road
                Sylvania, OH 43560-2149
                Telephone: (419) 882-7100
                E-mail: dellis@lydymoan.com

                Attorney for Plaintiff
                Shawn Northrup

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system, this 1st day of April, 2014:

John Madigan, Senior Attorney
(0023614)
City of Toledo, Department of Law
One Government Center, Suite 2250
Toledo, OH 43604-2293

Counsel for Defendants

                */s/ Daniel T. Ellis*
                Daniel T. Ellis (0038555)