UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Shawn Northrup,                                    Case No. 3:12-cv-01544

        Plaintiff

     v.                                          JUDGMENT ENTRY


City of Toledo Police Division, et al.,

        Defendants


     For the reasons stated in the Memorandum Opinion and Order, the Defendants' motion for summary judgment, (Doc. No. 24), is granted in part and denied in part.  The Defendants are entitled to summary judgment on the following claims: (1) First Amendment – right to symbolic speech; (2) right to bear arms – Second Amendment and Article I, section 4 of the Ohio Constitution; (3) Fourth Amendment *Monell* claims; (4) state law and punitive damage claims against the Police Division of the City of Toledo; and (5) all remaining claims against Officer Comes.  The Defendants are not entitled to summary judgment on the Plaintiffs' claims against Officer Bright and Sergeant Ray (1) for violation of his Fourth Amendment rights, (2) for assault, battery, wrongful arrest, and malicious prosecution under Ohio law, and (3) for punitive damages.


     So Ordered.


                                   s/ Jeffrey J. Helmick
                                   United States District Judge