UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                                          Case No. 3:12-cv-01544

           Plaintiff

v.                                                                 ORDER

City of Toledo Police Division, et al.,

           Defendants

On October 16, 2014, I held a status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that:

(1) This matter is referred to Magistrate Judge Vernelis K. Armstrong for a settlement conference to be held on or before November 21, 2014;

(2) Plaintiff's motion to amend his complaint by interlineation, (Doc. No. 47), is granted without objection.

So Ordered.

                                                                              s/ Jeffrey J. Helmick
                                                                              United States District Judge