## United States District Court for the Northern District of Ohio

Shawn Northrup,

**Plaintiff,**

vs.

CASE NO. 3:12-cv-01544

**Judge** Jeffrey J. Helmick

City of Toledo, et al.

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that the City of Toledo; Officer David Bright and Sgt. Daniel Ray,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

an order denying in part Defendant's Motion for Summary Judgment
(the final judgment) (from an order (describing it))

entered in this action on the 30th day of September, 2014.

(s) Adam W. Loukx, Law Director; John T. Madigan, Senior Attorney

Address: City of Toledo Law Department
One Government, Suite 2250, Toledo OH 43604
Email: john.madigan@toledo.oh.gov
Phone #: 419-245-1020, Fax #:419-245-1090

Attorney for Defendants Officer David Bright, Sgt. Daniel Ray and the City of Toledo

6CA-3

```
Court Name: US District Court, ND of Ohi
o
Division: 3
Receipt Number: 34660008577
Cashier ID: lmackenz
Transaction Date: 10/24/2014
Payer Name: City of Toledo, OH
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: City of Toledo, OH
 Amount:       $505.00
-----------------------------------------
Paper Check Conversion
 Remitter: City of Toledo, Ohio
 Check/Money Order Num: 5155965
 Amt Tendered:  $505.00
-----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```

| | | | FIFTH THIRD BANK | CHECK NUMBER | 56-773 |
|---|---|---|---|---|---|
| | City Of Toledo, Ohio | | | 5155965 | 422 |
| | | | | VOID AFTER SIX MONTHS | |

PAY   *** Five Hundred Five and 00/100 Dollars***                              ************$505.00

| DATE | CHECK AMOUNT |
|---|---|
| 10/09/2014 | ***********$505.00 |

TO THE ORDER OF

**CLERK/US DISTRICT COURT**
**1716 SPEILBUSCH, ROOM 114**
**TOLEDO OH 43604**

THE FACE OF THIS DOCUMENT CONTAINS VARIABLE SHADES OF GREY AND RED

⑆5155965⑆   ⑈042207735⑈ 000733314168⑈

| Document | Your document | Date | Deductions | Gross amount |
|---|---|---|---|---|
| 1900030489 | APPEAL<br>APPEAL Northrup v. COT | 10/07/2014 | 0.00 | 505.00 |
| Sum total | | | 0.00 | 505.00 |

| Payment document | Check number | Vendor number | Date | Currency | Payment amount |
|---|---|---|---|---|---|
| 2000091415 | 5155965 | 105196 | 10/09/2014 | USD | 505.00 |