IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,                                           Case No. 3:12cv1544

             Plaintiff,

             v.                                          Order

City of Toledo Police Division, et all

             Defendants.

The undersigned will conduct a Settlement Conference on **11/13/2014 at 11:30 am in Room 222, 1716 Spielbusch Avenue, Toledo, Ohio.**

Counsel and principal parties or representatives with full settlement authority shall attend the conferences **in person**. Ex parte narratives regarding settlement/mediation are to be sent to Tina_Brown@ohnd.uscourts.gov **on 11/6/2014 before close of business day.** Counsel to notify clients of conference date. Prior to the conference, Plaintiff shall have made a demand of the defendant, and defendant shall be prepared to respond at or before the settlement conference**.**

IT IS SO ORDERED.

                                                                         /s/ Vernelis K. Armstrong     10/24/2014
                                                                          United States Magistrate Judge