TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, WESTERN DIVISION | District Court No. _____ 3:12cv1544<br>USCA No. __14-4050__ |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Daniel T. Ellis |
| | FIRM NAME: Lydy & Moan |
| SHAWN NORTHRUP | ADDRESS: 4930 Holland-Sylvania Road |
| | Sylvania, OH. 43560 |
| PLAINTIFF - __Appellee__ | TELEPHONE: 419-882-7100 |
| v. | CURRENT COUNSEL FOR DEFENDANT |
| | NAME: John T. Madigan |
| 1) CITY OF TOLEDO, POLICE DIVISION, et al. | FIRM NAME: City of Toledo - Dept of Law |
| | ADDRESS: One Government Center |
| DEFENDANT - __APPELLANTS__ | Suite 2250 |
| | Toledo, OH. 43604 |
| | TELEPHONE: 419-245-1020 |

If Habeas Corpus, Certificate of Appealability is: ( ) granted   ( ) denied   ( ) pending

Criminal Defendant: ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:   District Court & USCA Fee Paid:   (X) yes   ( ) no   ( ) not required
      Pauper Status:   ( ) granted   ( ) denied   ( ) pending
      Affidavit of Financial Status Filed:   ( ) yes   ( ) no

Counsel:   ( ) appointed   (X) retained   ( ) pro se

District Court Judge: __Helmick__     Court Reporter: __NONE__

Any hearing or trial   ( ) yes   (X) no     If yes, dates __

FROM __Shawn Harrigan__     DATE __OCTOBER 24, 2014__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and __volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2014**. Clerk, GERI M. SMITH, U.S. District Court