UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-4050

_____

Filed: June 04, 2015

SHAWN NORTHRUP

    Plaintiff - Appellee                                                3:12cv1544 - JJH

v.

CITY OF TOLEDO POLICE DEPARTMENT; DAVID R. BRIGHT; DANIEL RAY

    Defendants - Appellants

 and

DONALD COMES

    Defendant

## MANDATE

Pursuant to the court's disposition that was filed 05/13/2015 the mandate for this case hereby issues today.  Affirmed in part, Reversed in part, and Remanded.

COSTS:  None