UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,   Case No. 3:12-cv-01544

    Plaintiff

v.   ORDER

City of Toledo Police Division, et al.,

    Defendants

On June 25, 2015, I held a telephonic status conference with counsel for the parties. Pursuant to discussions held during that conference, it hereby is

Ordered that

(1) Plaintiff shall file his motion for leave to amend his complaint on or before July 3, 2015. Defendants shall file their brief in opposition on or before July 17, 2015. Plaintiff shall file his brief in reply, if any, on or before July 24, 2015.

(2) This matter is referred to Magistrate Judge James R. Knepp for a settlement conference to be held no later than September 30, 2015.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge