UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Northrup,  Case No. 3:12-cv-01544

    Plaintiff

v.  JUDGMENT ENTRY

City of Toledo Police Division, et al.,

    Defendants

For the reasons stated in the Memorandum Opinion and Order, Northrup's motion to amend his complaint, (Doc. No.55), is denied.

    s/ Jeffrey J. Helmick
    United States District Judge