IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWN NORTHRUP, | ) | Case No.:  3:12-CV-01544-JHH |
| | ) | |
| Plaintiff, | ) | Judge:  Jeffrey J. Helmick |
| | ) | |
| v. | ) | **NOTIFICATION OF** |
| | ) | **COMPLETION OF** |
| CITY OF TOLEDO, et al, | ) | **SETTLEMENT AND DISMISSAL** |
| | ) | **ENTRY** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Parties Notify the Court that the settlement reached at September 9, 2015 mediation has been completed and this Court may enter an order closing and dismissing this case.  The case being settled pursuant to the terms and conditions of the mediation: plaintiff has signed the Release of All Claims and defendants have paid the settlement funds.  No outstanding issues remain.  This matter has no further pending issues and may be dismissed.

                                         Respectfully submitted,

                                         /s/ Daniel T. Ellis_____
                                         Daniel T. Ellis (0038555)

So Ordered.

S/ Jeffrey J. Helmick
United States District  Judge

Lydy & Moan, Ltd.
The Pacesetter Building
4930 Holland-Sylvania Road
Sylvania, OH 43560-2149
Telephone: (419) 882-7100
E-mail: dellis@lydymoan.com

                    Attorney for Plaintiff
                    Shawn Northrup

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice of Completion of Settlement was served by the Court sent by regular United States mail and electronically, this 20th day of November, 2015.

                    /s/ Daniel T. Ellis_____
                    Daniel T. Ellis (0038555)